UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-018

No. 24-2867

RICHARD J. SILVERBERG,
　　　　　　　　　　Appellant

v.

DUPONT DE NEMOURS INC.; DOW, INC.; CORTEVA, INC; INTERNATIONAL FLAVORS & FRAGRANCES, INC.; AVANTOR, INC.; LIBERTY MUTUAL GROUP, INC.; THE VANGUARD GROUP, INC; WILLIAM PENN FOUNDATION; CITY OF PHILADELPHIA; BALLARD SPAHR LLP; GELLERT SCALI BUSENKELL & BROWN LLC; EDWARD BREEN; ANDREW LIVERIS; RAJIV GUPTA; ANDREAS FIBIG; DAVID H. LONG; TIMOTHY BUCKLEY; JANET HAAS, M.D.; JAMES KENNEY; MARCEL S. PRATT, Esquire; DIANA CORTES; MARISSA O'CONNELL, Esquire; BRIAN R. CULLIN, Esquire; GARY F. SEITZ, Esquire; JOHN DOE NOS. 1-15

(E.D. Pa. No. 2:23-cv-01868)

Present: BIBAS, FREEMAN and CHUNG, Circuit Judges

1. Joint Motion by Appellees to Summarily Affirm the District Court's Order Dismissing Plaintiff's Claims with Prejudice;

2. Amended Response by Appellant in Opposition to Joint Motion by Appellees to Summarily Affirm the District Court's Order Dismissing Plaintiff's Claims with Prejudice.

　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　Clerk/pdb

_____ORDER_____
The foregoing joint motion by Appellees to summarily affirm the District Court's Order dismissing Plaintiff's claims with prejudice is DENIED.

　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　s/ Cindy K. Chung
　　　　　　　　　　　　　　　　　Circuit Judge

Dated: January 7, 2025
PDB/cc: All Counsel of Record